# IN THE SUPREME COURT OF TEXAS

## Misc. Docket No. 18-9148

### DENIAL OF REQUEST TO
### RE-TRANSFER CASE FROM THE
### SIXTH COURT OF APPEALS

The Supreme Court denies the request to re-transfer the following case from the Sixth Court of Appeals District, Texarkana, Texas:

Case No. 06-18-00091-CV
*Grant M. Lawson v. Attorney General of Texas*

ORDERED in Chambers,

With the Seal thereof affixed at the City of Austin, this 2nd day of November, 2018.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS